# FRIEDLANDER & GORRIS
A PROFESSIONAL CORPORATION
SUITE 2200
1201 N. MARKET STREET
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

JEFFREY M. GORRIS

DIRECT DIAL
(302) 573-3508
jgorris@friedlandergorris.com

November 24, 2015

**BY HAND DELIVERY & E-FILING**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801-3555

  Re: *In re: Energy Future Holdings Corp., et al.*, Debtors
     Chapter 11, Bankruptcy Case No. 14-10979 (CSS)
     Bankruptcy Adv. No. 14-50797 (CSS)

     *Avenue Capital Management, et al. v. Fidelity Investments, et al.*,
     C.A. No. 15-210-LPS

Dear Judge Stark:

  I represent Plaintiff/Appellant York Capital Management Global Advisors, LLC ("York") and write to provide an update on behalf of the parties in accordance with Your Honor's order.

  At the November 20, 2015 status conference in this matter, the parties advised that under the then-current schedule of hearings in the underlying bankruptcy case, they would be in a position to provide the Court with a joint status report by 10:00 AM Eastern on November 24, 2015. Subsequently, those hearings in the underlying bankruptcy case were rescheduled from Monday, November 23 to Wednesday, November 25.

  Accordingly, the parties propose to provide a joint status report to this Court by Monday, November 30, at 4:00 PM Eastern.

  We thank the Court for its attention to this matter.

The Honorable Leonard P. Stark
November 24, 2015
Page 2

                                                  Respectfully,

                                                  /s/ Jeffrey M. Gorris

                                                  Jeffrey M. Gorris (Bar No. 5012)

Cc:    John G. Harris, Esquire (by e-filing and e-mail)
        David B. Anthony, Esquire (by e-filing and e-mail)
        Tobey Marie Daluz, Esquire (by e-filing and e-mail)
        Leslie C. Heilman, Esquire (by e-filing and e-mail)
        Stephen Karotkin, Esquire (by e-mail)
        Yehudah L. Buchweitz, Esquire (by e-mail)
        Bruce Bennett, Esquire (by e-mail)
        Gregory M. Shumaker, Esquire (by e-mail)
        Christopher J. DiPompeo, Esquire (by e-mail)
        Traci L. Lovitt, Esquire (by e-mail)