# FRIEDLANDER & GORRIS

A PROFESSIONAL CORPORATION

SUITE 2200

1201 N. MARKET STREET

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

JEFFREY M. GORRIS

DIRECT DIAL

(302) 573-3508

JGORRIS@FRIEDLANDERGORRIS.COM

November 30, 2015

**BY HAND DELIVERY & E-FILING**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801-3555

> Re: *In re: Energy Future Holdings Corp., et al.*, Debtors
> Chapter 11, Bankruptcy Case No. 14-10979 (CSS)
> Bankruptcy Adv. No. 14-50797 (CSS)
>
> *Avenue Capital Management, et al. v. Fidelity Investments, et al.*,
> C.A. No. 15-210-LPS

Dear Judge Stark:

Together with BraunHagey & Borden LLP, we represent Plaintiff/Appellant York Capital Management Global Advisors, LLC ("York") in the above matters. In accordance with Your Honor's November 24, 2015 Order (D.I. 30), we write to provide a status update on behalf of the parties.

As a result of various settlements approved in the underlying bankruptcy case, York has withdrawn its objection to the November 12, 2015 Stipulation and [Proposed] Order of Dismissal of this bankruptcy appeal (D.I. 21, the "Stipulation"). York accordingly consents to the Court's entry of the Stipulation and to dismissal of this action with prejudice.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Jeffrey M. Gorris

Jeffrey M. Gorris (Bar No. 5012)

{FG-W0400022.}

The Honorable Leonard P. Stark
November 30, 2015
Page 2


Cc:     John G. Harris, Esquire (by e-filing and e-mail)
        David B. Anthony, Esquire (by e-filing and e-mail)
        Tobey Marie Daluz, Esquire (by e-filing and e-mail)
        Leslie C. Heilman, Esquire (by e-filing and e-mail)
        Stephen Karotkin, Esquire (by e-mail)
        Yehudah L. Buchweitz, Esquire (by e-mail)
        Bruce Bennett, Esquire (by e-mail)
        Gregory M. Shumaker, Esquire (by e-mail)
        Christopher J. DiPompeo, Esquire (by e-mail)
        Traci L. Lovitt, Esquire (by e-mail)
        J. Noah Hagey, Esquire (by e-mail)